Opinion issued February 17, 2011










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-11-00001-CV

____________


IN RE FUJITEC AMERICA, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Fujitec America, Inc. filed a petition for a writ of mandamus
complaining of Judge Halbach's December 29, 2010 discovery order. (1) On February
9, 2011, relator filed a motion to dismiss its petition for writ of mandamus because
the underlying case had been settled.

 We grant the motion and dismiss the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.
1. 
 
 -